# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

142107

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

NORMAN WILLIAMS,
        Plaintiff-Appellant,

v

Z F LEMFORDER CORPORATION and
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT,
        Defendants-Appellees.

SC: 142107
COA: 298611
WCAC: 09-000206

_____/

      On order of the Court, the application for leave to appeal the October 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J., would remand this case to the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

0228